IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

ARNOLD R. BRUHN, Jr.

Case No. 16-23619
Chapter 13

Debtor.

___

## MOTION TO RECONSIDER ORDER DIRECTING
## DEBTOR'S COUNSEL TO REFUND ALL FEES

NOW COMES, Arnold Bruhn, ("Mr. Bruhn") Debtor, by undersigned counsel, and in support of the instant Motion to Reconsider the Order Directing Debtor's Counsel to Refund All Fees, states as follows:

1. This case was originally filed with the US Bankruptcy Court for the District of Maryland on October 11, 2016.

2. Undersigned counsel's involvement with this case, however, did not begin until August 10, 2018, nearly two years later, with the filing of an Opposition to the Trustee's Motion to Dismiss, said Opposition filed as Document Number 37.

3. On September 27, 2018, this Court entered an Order directing undersigned counsel to file a disclosure of compensation, pursuant to Local Bankruptcy Rule 2016-1(b), Document Number 42.

4. Due to undersigned counsel's involvement beginning while the case was already underway, counsel's software and calendaring tools failed to properly pick up the deadline for filing the above-referenced disclosure, and this software error was not caught by undersigned counsel or their staff.

5. The failure to timely file the disclosure of compensation was not a product of bad faith intent or nefarious motives, and was nothing more than a calendaring mistake that was not recognized in time.

6. Undersigned counsel files the instant Motion to Reconsider in good faith, with knowledge moving forward of the software limitations that led to the current

    failure to file, and steps taken to ensure that this will not happen again moving forward with this case, or any other.

7. Despite undersigned counsel's failure to file the Disclosure of Compensation by the Deadline, undersigned counsel has been vigorously and attentively defending Debtor's rights, and advocating the advancement of Debtor's positions.

8. Debtor is filing the attached Disclosure of Compensation of Attorney for Debtor concurrently with this Motion.

9. The granting of this Motion will not unduly prejudice the Debtor's Creditors, or any other party to the case.

**WHEREFORE**, Debtor, Arnold Bruhn, respectfully requests that this Honorable Court Reconsider the Order Directing Debtor's Counsel to Refund All Fees, and for such other and further relief as the Movant's cause may require.

                                    Respectfully Submitted,

                                    /s/Sari Karson Kurland
                                  Sari Karson Kurland, Esq.
                                  The Kurland Law Group
                                  211 Jersey Lane
                                  Rockville, MD 20850
                                  skurland2@comcast.net
                                  *Attorney for Debtor*


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that I served Debtor's Motion to Reconsider Order Directing Debtor's Counsel to Refund All Fees by electronic and/or first class mail, postage prepaid, this 15th day of October 2018 to the following persons:

ALL CREDITORS AND PARTIES IN INTEREST ON THE ATTACHED MAILING MATRIX

                                  /s/Sari Karson Kurland
                                  Sari Karson Kurland, Esq.
                                  The Kurland Law Group

211 Jersey Lane
Rockville, MD 20850

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 16-23619<br>District of Maryland<br>Greenbelt<br>Mon Oct 15 16:21:53 EDT 2018 | LVNV Funding, LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville,, SC 29603-0587 | PRA Receivables Management, LLC<br>POB 41021<br>NORFOLK, VA 23541-1021 |
| WELLS FARGO BANK, N.A.<br>SHAPIRO & BROWN, LLP<br>10021 BALLS FORD ROAD, SUITE 200<br>MANASSAS, VA 20109-2666 | Wells Fargo Bank, N.A./Wells Fargo Home Mort<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | Bank Of America<br>Nc4-102-03-14<br>P.O. Box 26012<br>Greensboro, NC 27420-6012 |
| Bank Of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 | Best Buy - Citi<br>Centralized Bankruptcy/CitiCorp Credit S<br>P.O. Box 790040<br>St Louis, MO 63179-0040 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Comptroller Of Treasury<br>Compliance Division<br>301 W Preston Street, Room 409<br>Baltimore, MD 21201-2396 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197-0002 |
| Infibank<br>Bankcard Processing/Attn: Bankruptcy<br>P.O. Box 3696<br>Omaha, NE 68103-0696 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 |
| Sarah M. Simon, Esq.<br>Shapiro Brown & Alt<br>10021 Balls Ford Rd, Ste 200<br>Manassas, VA 20109-2666 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | Taxing Authority of Montgomery County<br>Division of Treasury<br>255 Rockville Pike, Ste.  L-15<br>Rockville, MD 20850-4188 |
| Wells Fargo Bank NV<br>P.O. Box 31557<br>Billings, MT 59107-1557 | Wells Fargo Bank, N.A.<br>C/O Wells Fargo Bank, N.A., as servicer<br>Default Document Processing N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | Wells Fargo Card<br>P.O. Box 522<br>Des Moines, IA 50306-0522 |
| Wells Fargo Home Mortgage<br>Written Correspondence Resolutions<br>Mac#2302-04e  P.O. Box 10335<br>Des Moines, IA 50306 | Arnold R. Bruhn Jr.<br>4704 Hunt Avenue<br>Chevy Chase, MD 20815-5423 | Marc L. Jordan<br>Jordan & Tell LLP<br>10 Corporate Center<br>10400 Little Patuxent Parkway<br>Suite 460<br>Columbia, MD 21044-3527 |
| Sari Karson Kurland<br>The Kurland Law Group<br>211 Jersey Lane<br>Rockville, MD 20850-7759 | Timothy P. Branigan<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, MD 21046-3002 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Chase Card Services          (d)Wells Fargo Bank, N.A.                    End of Label Matrix
INVALID ADDRESS PROVIDED        C/O Wells Fargo Bank, N.A., as servicer      Mailable recipients    25
                                Default Document Processing N9286-01Y        Bypassed recipients     2
                                1000 Blue Gentian Road                       Total                  27
                                Eagan, MN 55121-7700
```

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Maryland

In re   **Arnold R. Bruhn, Jr.**                                        Case No.   **16-23619**
Debtor(s)                                                                Chapter    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept | $ 2,500.00 |
   | Prior to the filing of this statement I have received | $ 500.00 |
   | Balance Due | $ 2,000.00 |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 15, 2018** | **/s/ Sari Kurland** |
| Date | **Sari Kurland** |
| | *Signature of Attorney* |
| | **Kurland Law Group** |
| | **211 Jersey Lane** |
| | **Rockville, MD 20850** |
| | **3014242834  Fax: 2407154658** |
| | **admin@sarikurland.com** |
| | *Name of law firm* |

---